# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**PATRICK SHAW, et al,**
        **Plaintiffs,**

     v.                                            Case No. 24-CV-157

**ADVOCATE AURORA HEALTH INC, et al.**
        **Defendants.**

---

## COURT MINUTES OF CONFERENCE

| | |
|---|---|
| Judge Lynn Adelman, presiding | Date: 10/8/2025 |
| Time Commenced: 1:19 p.m. | Concluded: 2:32 p.m. |
| Deputy Clerk: LEH | Court Reporter: N/A |

APPEARANCES:

Plaintiffs: By Attorney Gregory Dubinsky

Defendants: By Attorneys Anne Johnson Palmer, Kyle Rainey, Daniel Conley, and Jane Fox

Nature of Conference: Telephonic Status Conference

**Notes:** The court resolved defendant's motion for entry of a protective order (ECF 74). The motion sought a protective order to prevent testimony on certain Fed. R. Civ. P. 30(b)(6) deposition topics which were designated by plaintiffs in their notice of 30(b)(6) deposition. Specifics follow below. The court also extended the close of fact discovery as to Rule 30(b)(6) depositions of defendants up to and including October 24, 2025.

With respect to each of the seven topics for which the motion sought a protective order, the court ruled as follows:

**Topic 1:**      Plaintiff has agreed to narrow the topic to include only (1) formal negotiations, (2) near the time of entry and termination of the relevant

agreements (not near the time of modification), (3) for the six payors identified, and (4) for the four separate contract provisions identified. Plaintiff will also send exemplar documents to defendants for preparation of their witness(es).

**Topic 4:** Plaintiffs will accept designations and use interrogatories to address any outstanding issues/questions.

**Topic 9:** The protective order is denied as to this topic. Defendants are to prepare and present designee(s) on this topic.

**Topic 12:** Plaintiffs will accept designations proposed by both parties on this topic in lieu of live testimony.

**Topic 13:** Plaintiffs will reconsider defendant's designations on this topic, in good faith, and parties will work to resolve any additional disagreements through meet and confers.

**Topic 17:** The protective order is denied as to this topic. Defendants are to prepare and present designee(s) on this topic.

**Topic 19:** The protective order is granted as to this topic. Plaintiffs shall not question defendants on this topic.