IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

PATRICK SHAW, DEBRA SHAW, HALEY SHAW, on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

Case No. 2:24-CV-00157-LA

ADVOCATE AURORA HEALTH, INC. and AURORA HEALTH CARE, INC.,

Defendants.

## NOTICE OF JOINDER

PLEASE TAKE NOTICE that Plaintiffs Patrick Shaw, Debra Shaw, and Haley Shaw, by their undersigned attorneys, hereby join in seeking the relief sought by the following motions filed on October 20, 2025 by the plaintiffs in the action styled *Uriel Pharmacy Health and Welfare Plan, et al. v. Advocate Aurora Health, Inc., et al.*, No. 22-cv-610-LA (E.D. Wis.).

1. Plaintiffs' Civil L.R. 7(H) Expedited Non-Dispositive Motion to Compel Defendants to Reproduce Corporate Witness to Testify on Defendants' Communications with Federal and State Authorities (Dkt. 184) and the supporting declaration and exhibits (Dkt. 185); and

2. Plaintiffs' Motion to File Exhibits Under Seal (Dkt. 186).

Dated this 21st day of October, 2025.

| | |
|---|---|
| Erin K. Deeley<br>David P. Hollander<br>Mason A. Higgins<br>**STAFFORD ROSENBAUM LLP**<br>222 West Washington Avenue, Suite 900<br>Madison, WI 53703<br>Tel: (608) 256-0226<br>edeeley@staffordlaw.com<br>dhollander@staffordlaw.com<br>mhiggins@staffordlaw.com | */s/ Gregory J. Dubinsky*<br>Vincent Levy<br>Gregory J. Dubinsky<br>Kevin D. Benish<br>Jonathon R. La Chapelle<br>Jack L. Millman<br>Byron J. Hazzard<br>Andrew D. Sgarro<br>**HOLWELL SHUSTER & GOLDBERG LLP**<br>425 Lexington Ave., 14th Floor<br>New York, New York 10017<br>Tel: (646) 837-5151<br>Email: vlevy@hsgllp.com<br>gdubinsky@hsgllp.com<br>kbenish@hsgllp.com<br>jlachapelle@hsgllp.com<br>jmillman@hsgllp.com<br>bhazzard@hsgllp.com<br>asgarro@hsgllp.com |