UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

URIEL PHARMACY HEALTH AND WELFARE PLAN, on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

ADVOCATE AURORA HEALTH, INC. AND AURORA HEALTH CARE INC.,

Defendants.

Case No. 2:22-cv-610-LA

PATRICK SHAW; DEBRA SHAW; AND HALEY SHAW, on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

ADVOCATE AURORA HEALTH, INC. AND AURORA HEALTH CARE INC.,

Defendants.

Case No. 2:24-cv-157-LA

**JOINT CIVIL L. R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION TO AMEND THE SCHEDULING ORDER AS TO CERTAIN EXPERT DISCOVERY**

Plaintiffs Patrick Shaw, Debra Shaw, and Haley Shaw, Plaintiffs Uriel Pharmacy Health and Welfare Plan et al. (collectively, the "Plaintiffs"), along with Defendants Advocate Aurora Health, Inc. and Aurora Health Care Inc. (collectively, the "Defendants" and, together with Plaintiffs, the "Parties"), respectfully move the Court to modify the Scheduling Order (*Shaw* Dkt No. 48) to extend deadlines related to certain expert discovery. Because this Motion is unopposed and affects deadlines as soon as this Friday, November 7, 2025, the Parties respectfully request that the Court act on the Motion before that date. In support of this Motion, the Parties state as follows:

1. Good cause exists for the requested extension. Notwithstanding the *Shaw* Plaintiffs' diligence, recent unforeseen issues pertaining to an expert require additional time for the *Shaw* Plaintiffs to serve an expert disclosure. Absent this extension, the *Shaw* Plaintiffs' case will be significantly impaired. *See Boykin v. Ill. Dep't of Juv. Just.*, No. 23-cv-4109, 2025 LEXIS 35403, at *11 (N.D. Ill. Feb. 27, 2025) ("Courts generally prefer to resolve disputes on their merits instead of procedural technicalities." (cleaned up)).

2. After learning of this unforeseen issue, the Parties promptly met and conferred and negotiated and consented to the below extension.

3. To avoid disruption to the broader case schedule, a wide gap between the service of different expert reports, and potential for prejudice to any Party in either *Shaw* or *Uriel*, the Parties propose the following modest extensions to the deadlines pertaining to expert reports and depositions. The Parties' proposal maintains all other deadlines that are currently in place. Because the rest of the case schedule remains intact—including no changes to the deadlines for motions related to class certification, summary judgment, and *Daubert* issues—no Party will be prejudiced by the requested extension.

4. A chart showing the proposed deadline modifications is below.

| Event | Current Dates | Proposed Date |
|---|---|---|
| Deadline to Serve Opening Expert Reports on All Issues on Which a Party has the Burden of Proof Except *Shaw*-only Expert Reports | November 7, 2025 | **November 21, 2025** |
| Deadline to Serve *Shaw*-only Expert Reports | November 14, 2025 | **December 1, 2025** |
| Deadline to Serve Opposing Expert Reports Except *Shaw*-only Opposing Reports | January 6, 2025 | **January 20, 2026** |

| Deadline to Serve *Shaw*-only Opposing Expert Reports | January 13, 2026 | **February 2, 2026** |
|---|---|---|
| Deadline to Serve Rebuttal Expert Reports | March 9, 2026 (for reports common to *Shaw* and *Uriel*); March 16, 2026 (for *Shaw*-only reports) | **March 23, 2026** |
| Expert Deposition Deadline | April 8, 2026 (for experts presented in both *Shaw* and *Uriel*); April 10, 2026 (for *Shaw*-only experts) | **April 15, 2026** |

5. The Parties appreciate the Court's attention to this unforeseen and time-sensitive matter. The Parties do not presently anticipate seeking further modifications to the schedule concerning expert discovery absent good cause and are not presently requesting any other modifications to the schedule.

Dated: November 5, 2025

*/s/ Gregory Dubinsky*

Vincent Levy (4712667)
Gregory J. Dubinsky (5075056)
Eileen M. DeLucia (4820676)
Kevin D. Benish (5512397)
Jonathon R. La Chapelle (4498291)
Jack L. Millman (5517180)
Byron J. Hazzard (5940754)
Andrew Sgarro (5981550)
**HOLWELL SHUSTER & GOLDBERG LLP**
425 Lexington Avenue, 14th Floor
New York, New York 10017
Tel: (646) 837-5151
Email: vlevy@hsgllp.com
gdubinsky@hsgllp.com
edelucia@hsgllp.com
kbenish@hsgllp.com
jlachapelle@hsgllp.com
jmillman@hsgllp.com
bhazzard@hsgllp.com
asgarro@hsgllp.com

Erin K. Deeley (SBN 1084027)
David P. Hollander (SBN 1107223)
Mason A. Higgins (SBN 1124805)
**STAFFORD ROSENBAUM, LLP**
222 West Washington Avenue, Suite 900
Madison, WI 53703
Tel: (608) 256-0226
Fax: (608) 259-2600
edeeley@staffordlaw.com
dhollander@staffordlaw.com
mhiggins@staffordlaw.com

***Counsel for Plaintiffs Patrick Shaw, Debra Shaw, and Haley Shaw***

*/s/ Jamie Crooks*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Ph: (215) 875-3000
Email: ecramer@bm.net
mwallin@bm.net
**Counsel for All Plaintiffs**

Daniel J. Walker
1001 G Street, NW, Ste. 400E
**BERGER MONTAGUE PC**
Washington, DC 20006
Ph: (202) 559-9745
Email: dwalker@bm.net
**Counsel for All Plaintiffs**

Timothy Hansen
James Cirincione
**HANSEN REYNOLDS, LLC**
301 N. Broadway, Suite 400
Milwaukee, WI 53202
Email: thansen@hansenreynolds.com
jcirincione@hansenreynolds.com
**Counsel for All Plaintiffs**

Jamie Crooks
Yinka Onayemi
Michael Lieberman
**FAIRMARK PARTNERS, LLP**
400 7th Street NW, Ste. 304
Washington, DC 20004
Ph: (617) 642-5569
Email: jamie@fairmarklaw.com
yinka@fairmarklaw.com
michael@fairmarklaw.com
**Counsel for All Plaintiffs**

Kevin M. St. John, SBN 1054815 5325
**BELL GIFTOS ST. JOHN LLC**
Wall Street, Suite 2200
Madison, WI 53718
Ph: (608) 216-7990
Email: kstjohn@bellgiftos.com

**Counsel for Uriel Pharmacy Inc., Uriel Pharmacy Health and Welfare Plan**

Daniel E. Conley
Nathan J. Oesch
Kristin C. Foster
**QUARLES & BRADY LLP**
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Tel: (414) 277-5000
daniel.conley@quarles.com
nathan.oesch@quarles.com
kristin.foster@quarles.com

Matthew Splitek
**QUARLES & BRADY LLP**
33 E Main Street, Suite 900
Madison, WI 53703
Tel: (608) 251-5000
matthew.splitek@quarles.com

***Counsel for Defendants Advocate Aurora Health, Inc. and Aurora Health Care, Inc.***

*/s/ Anne Johnson Palmer*
Jane E. Willis
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7603
jane.willis@ropesgray.com

Anne Johnson Palmer
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6337
Anne.johnsonpalmer@ropesgray.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

URIEL PHARMACY HEALTH AND WELFARE PLAN, on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

ADVOCATE AURORA HEALTH, INC. AND AURORA HEALTH CARE INC.,

Defendants.

Case No. 2:22-cv-610-LA

PATRICK SHAW; DEBRA SHAW; AND HALEY SHAW, on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

ADVOCATE AURORA HEALTH, INC. AND AURORA HEALTH CARE INC.,

Defendants.

Case No. 2:24-cv-157-LA

**[PROPOSED] ORDER**

On November 5, 2025, Plaintiffs Patrick Shaw, Debra Shaw, and Haley Shaw (collectively, the "Plaintiffs"), along with Defendants Advocate Aurora Health, Inc. and Aurora Health Care Inc. (collectively, the "Defendants" and, together with Plaintiffs, the "Parties") filed a motion to amend the scheduling order in this action.

**IT IS ORDERED:**

1) That the Parties' motion to amend the scheduling order is hereby **GRANTED.**

2) The current deadlines are modified as follows:

| Event | Current Dates | Proposed Date |
|---|---|---|
| Deadline to Serve Opening Expert Reports on All Issues on Which a Party has the Burden of Proof Except *Shaw*-only Expert Reports | November 7, 2025 | **November 21, 2025** |
| Deadline to Serve *Shaw*-only Expert Reports | November 14, 2025 | **December 1, 2025** |
| Deadline to Serve Opposing Expert Reports Except *Shaw*-only Opposing Reports | January 6, 2025 | **January 20, 2026** |
| Deadline to Serve *Shaw*-only Opposing Expert Reports | January 13, 2026 | **February 2, 2026** |
| Deadline to Serve Rebuttal Expert Reports | March 9, 2026 (for reports common to *Shaw* and *Uriel*); March 16, 2026 (for *Shaw*-only reports) | **March 23, 2026** |
| Expert Deposition Deadline | April 8, 2026 (for experts presented in both *Shaw* and *Uriel*); April 10, 2026 (for *Shaw*-only experts) | **April 15, 2026** |

3) All other deadlines in the case remain unchanged.

Dated: November __, 2025

BY THE COURT:

_______________________
Hon. Lynn S. Adelman
U.S. District Court for the
Eastern District of Wisconsin