UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| URIEL PHARMACY HEALTH AND WELFARE PLAN; URIEL PHARMACY INC.; HOMETOWN PHARMACY; AND HOMETOWN PHARMACY HEALTH AND WELFARE BENEFITS PLAN on their own behalf and on behalf of all others similarly situated, | Case No. 2:22-cv-610-LA |
| Plaintiffs, | |
| v. | |
| ADVOCATE AURORA HEALTH, INC. AND AURORA HEALTH CARE INC., | |
| Defendants. | |
| PATRICK SHAW; DEBRA SHAW; AND HALEY SHAW, on their own behalf and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 2:24-cv-157-LA |
| v. | |
| ADVOCATE AURORA HEALTH, INC. AND AURORA HEALTH CARE INC., | |
| Defendants. | |

**JOINT CIVIL L. R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION
TO ADJOURN THE CURRENTLY SCHEDULED STATUS CONFERENCE UNTIL
DECEMBER 2, 2025**

Plaintiffs Patrick Shaw, Debra Shaw, and Haley Shaw, Plaintiffs Uriel Pharmacy Health and Welfare Plan, Uriel Pharmacy Inc., Hometown Pharmacy, and Hometown Pharmacy Health and Welfare Benefits Plan (collectively, the "Plaintiffs"), along with Defendants Advocate Aurora Health, Inc. and Aurora Health Care Inc. (collectively, the "Defendants" and, together with Plaintiffs, the "Parties"), respectfully move the Court to adjourn the status conference currently scheduled for 11:00 a.m. on December 1, 2025 until 11:00 a.m. on December 2, 2025 or at another

1

time on December 2, 2025 that is convenient for the Court. In support of this Motion, the Parties state as follows:

1. The Court scheduled a status conference for 11:00 a.m. on December 1, 2025. (*Uriel*, ECF No. 191; *Shaw*, ECF No. 86).

2. Counsel for Defendants who will be participating in the status conference on Defendants' behalf, Attorney Anne Johnson Palmer, is unavailable on December 1, 2025 due to previously scheduled international travel that day.

3. Attorney Anne Johnson Palmer is available the following day, December 2, 2025.

4. Defendants' counsel conferred with Plaintiffs' counsel regarding moving the status conference until December 2, 2025, and Plaintiffs' counsel does not object to the request and can also be available December 2, 2025.

5. The requested adjournment will not result in prejudice to any of the parties and is not made for the purpose of undue delay.

6. This is the first request for an adjournment of the December 1, 2025 status conference.

7. Attached as **Exhibit A** is a proposed order granting the parties' motion.

Wherefore the parties respectfully request that the Court to adjourn the status conference currently scheduled for 11:00 a.m. on December 1, 2025 until 11:00 a.m. on December 2, 2025 or at another time on December 2, 2025 that is convenient for the Court.

Dated: November 11, 2025            */s/ Gregory J. Dubinsky*

| | |
|---|---|
| Erin K. Deeley (SBN 1084027) | Vincent Levy (4712667) |
| David P. Hollander (SBN 1107223) | Gregory J. Dubinsky (5075056) |
| Mason A. Higgins (SBN 1124805) | Eileen M. DeLucia (4820676) |
| **STAFFORD ROSENBAUM, LLP** | Kevin D. Benish (5512397) |
| 222 West Washington Avenue, Suite 900 | Jonathon R. La Chapelle (4498291) |

| | |
|---|---|
| Madison, WI 53703<br>Tel: (608) 256-0226<br>Fax: (608) 259-2600<br>edeeley@staffordlaw.com<br>dhollander@staffordlaw.com<br>mhiggins@staffordlaw.com | Jack L. Millman (5517180)<br>Byron J. Hazzard (5940754)<br>Andrew Sgarro (5981550)<br>**HOLWELL SHUSTER & GOLDBERG LLP**<br>425 Lexington Avenue, 14th Floor<br>New York, New York 10017<br>Tel: (646) 837-5151<br>Email: vlevy@hsgllp.com<br>gdubinsky@hsgllp.com<br>edelucia@hsgllp.com<br>kbenish@hsgllp.com<br>jlachapelle@hsgllp.com<br>jmillman@hsgllp.com<br>bhazzard@hsgllp.com<br>asgarro@hsgllp.com |
| *Counsel for Plaintiffs Patrick Shaw, Debra Shaw, and Haley Shaw* | |
| | */s/ Jamie Crooks* |
| Eric L. Cramer<br>Michaela L. Wallin<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Ph: (215) 875-3000<br>Email: ecramer@bm.net<br>mwallin@bm.net<br>**Counsel for All Plaintiffs** | Jamie Crooks<br>Yinka Onayemi<br>Michael Lieberman<br>**FAIRMARK PARTNERS, LLP**<br>400 7th Street NW, Ste. 304<br>Washington, DC 20004<br>Ph: (617) 642-5569<br>Email: jamie@fairmarklaw.com<br>yinka@fairmarklaw.com<br>michael@fairmarklaw.com<br>**Counsel for All Plaintiffs** |
| Daniel J. Walker<br>1001 G Street, NW, Ste. 400E<br>**BERGER MONTAGUE PC**<br>Washington, DC 20006<br>Ph: (202) 559-9745<br>Email: dwalker@bm.net<br>**Counsel for All Plaintiffs** | Kevin M. St. John, SBN 1054815 5325<br>**BELL GIFTOS ST. JOHN LLC**<br>Wall Street, Suite 2200<br>Madison, WI 53718<br>Ph: (608) 216-7990<br>Email: kstjohn@bellgiftos.com<br>**Counsel for Uriel Pharmacy Inc., Uriel Pharmacy Health and Welfare Plan** |
| Timothy Hansen<br>James Cirincione<br>**HANSEN REYNOLDS, LLC**<br>301 N. Broadway, Suite 400<br>Milwaukee, WI 53202<br>Email: thansen@hansenreynolds.com<br>jcirincione@hansenreynolds.com<br>**Counsel for All Plaintiffs** | |

3

| | |
|---|---|
| Daniel E. Conley<br>Nathan J. Oesch<br>Kristin C. Foster<br>**QUARLES & BRADY LLP**<br>411 East Wisconsin Avenue, Suite 2400<br>Milwaukee, WI 53202<br>Tel: (414) 277-5000<br>daniel.conley@quarles.com<br>nathan.oesch@quarles.com<br>kristin.foster@quarles.com<br><br>Matthew Splitek<br>**QUARLES & BRADY LLP**<br>33 E Main Street, Suite 900<br>Madison, WI 53703<br>Tel: (608) 251-5000<br>matthew.splitek@quarles.com | */s/ Daniel E. Conley*<br>Jane E. Willis<br>**ROPES & GRAY LLP**<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Tel: (617) 951-7603<br>jane.willis@ropesgray.com<br><br>Anne Johnson Palmer<br>**ROPES & GRAY LLP**<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Tel: (415) 315-6337<br>Anne.johnsonpalmer@ropesgray.com |

*Counsel for Defendants Advocate Aurora Health, Inc. and Aurora Health Care, Inc.*